IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     Criminal No. 15-20142-JTF

HORRIS CARPENTER, et al,

    Defendants.

## RELEASE OF LIS PENDENS

*RECORD OWNERS:* Horris and Monique Carpenter

Comes now the United States of America, Plaintiff in this action and hereby releases the lis pendens recorded as Instrument No. 15059420 in the Shelby County Register of Deeds in Memphis, Tennessee on One Parcel of Real Property Located at 3545 Lakeview, Memphis, Tennessee 38116, with All Appurtenances and Improvements Thereon, record owners Horris and Monique Carpenter, and more particularly described as:

**PARCEL #77-14-11**

Lot 127 of the corrected Plan of H.H. Higbee's South Haven Heights Subdivision, as per plat of record in Plat Book 9, Page 135, in the Register's Office of Shelby County, Tennessee.

Beginning at a point in the west line of Lakeview Boulevard 340.1 feet north of the north line of Cobb Avenue, running thence in a northerly direction 114.3 feet; thence west 557.99 feet; thence south 100 feet; thence east 503.96 feet to the point of beginning.

**PARCEL #77-14-10**

Lot 128, of the corrected Plan of Subdivision of H.H. Higbee's South Haven Height Subdivision in Shelby County, Tennessee.

Beginning at a stake in the west line of Lakeview Boulevard, (100 feet wide) 454.4 feet northeastwardly from the north line of Cobb Avenue; thence northeastwardly with said west line of Lakeview Boulevard 109.9 feet to a stake in the south line of Lot 129; thence west with said south line of Lot 129, 602.62 feet to a stake; thence south 100 feet to a stake; thence east 557.99 feet to the point of beginning.

**PARCEL #77-14-9**

Lot 129, corrected Plan of H.H. Higbee's South Haven Heights Subdivision in the City of
Memphis, as per plat recorded in Plat Book 9, Page 135, in the Register's Office of Shelby County Tennessee, to which plat reference is hereby made for a more particular description of said lot.

DATED: this  29th  day of  August , 2024.

                                                              Respectfully submitted,

                                                              KEVIN G. RITZ
                                                              United States Attorney

                               By:     /s Christopher E. Cotten
                                        CHRISTOPHER E. COTTEN
                                        Assistant United States Attorney