IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Criminal No. 15-20142-JTF

JUAN CARLOS FLORES, et al,

    Defendants.

## RELEASE OF LIS PENDENS

*RECORD OWNER:* Juan Carlos Flores

Comes now the United States of America, Plaintiff in this action and hereby releases the lis pendens recorded as Instrument No. 2015-2623938 in the Hidalgo County Clerk's Office in Edinburg, Texas on One Parcel of Real Property Located at 10149 Iowa Street, Mission, Texas 78560, with All Appurtenances and Improvements Thereon, record owner Juan Carlos Flores, and more particularly described as:

> Lot 15, Block 22, Texan Gardens Subdivision, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 8, Page 57, of the Map Records in the Office of the County Clerk of Hidalgo County, Texas.

DATED: this 29th day of August, 2024.

                                                               Respectfully submitted,

                                                               KEVIN G. RITZ
                                                               United States Attorney

                                               By:     /s Christopher E. Cotten
                                                               CHRISTOPHER E. COTTEN
                                                               Assistant United States Attorney